Announced Wednesday, May 19.

38459. Margaret Hyde, appellant v. City of Lakewood, appellee. Cuyahoga County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, O'Neill and Brown, JJ., concur. Matthias, Herbert and Schneider, JJ., dissent.

38767. Arthur W. Snyder, appellee v. Edward J. Ryan; W. R. Vincent, d. b. a. Quality Body Shop, appellant. Summit County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38823. Commonwealth Loan Co., appellee v. Ronald Berry; Downtown Lincoln-Mercury Co., appellant. Hamilton County. Appeal from the Court of Appeals. Judgment affrmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38922. Village of Fairlawn, appellee v. Everett S. Preston (P. E. Masheter, successor), Dir. of Hwys., appellant. Franklin County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, J., concur.

38923. In re Adoption of Paul Allen Johnson: Pearl Leela Johnson, appellant v. Betty Varney, appellee. Guernsey County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, O'Neill, Herbert and Schneider, JJ., concur. Matthias and Brown, JJ., dissent.

38955. Richard Holt, appellee v. City of Cincinnati, appellant. Hamilton County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38984. The State, ex rel Jack Webb v. James A. Rhodes, Governor, et al. In Mandamus. Dismissed for want of prosecution.

39108. The State of Ohio, appellee v. Joseph Arrington, appellant. Cuyahoga County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39135. City of Cleveland, appellant v. Ralph J. Perk, County Aud., appellee. Appeal from the Board of Tax Appeals. Decision affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39167. The State, ex rel. George E. Heistand et al., appellees v. Wayne Ward, Dir. of State Personnel, et al., appellants. Franklin County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39226. The State, ex rel. James E. Macdonald, Jr. v. The Shawnee Country Club et al. In Quo Warranto. Demurrer to petition sustained and writ denied. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39281. Virginia E. Halasz, appellant v. Agnes N. Eeels et al., appellees. Cuyahoga County. Certified by the Court of Appeals. Settled and dismissed and remanded to Court of Appeals for further proceedings.

39299. George William Pettis, Admr., appellant v. Howard Woods, Exr., appellee.

39300. George William Pettis, Admr., appellant v. Howard Woods, appellee. Clermont County. Appeals from the Court of Appeals. Settled and dismissed by agreement of parties.

39331. City of Columbus, appellee v. Ruth George, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39335. The State, ex rel. George McNally, appellant v. Harold Hart, Dir. of Civil Service, et al., appellees. Butler County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur. Schneider, J., not participating.

39341. William F. Donnel, appellant v. Paul R. Weaver, et al., appellees. Franklin County. Appeal from the Court of Appeals. Dismissed no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill and Herbert, JJ., concur.

39349. Board of Edn. of Pleasant Local School District, appellant v. Board of Edn. of Marion City School District et al., appellees. Marion County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Matthias, O'Neill and Brown, JJ., concur.